UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT DEANGELO DEXTER #329380,

    Plaintiff,

v.

KATHLEEN OLSON, et al.,

    Defendants.

Case No. 2:17-CV-101

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Maarten Vermaat's June 5, 2019, Report and Recommendation recommending that the Court deny Plaintiff's motion for summary judgment. The Report and Recommendation was duly served on Plaintiff on June 5, 2019, and again on June 24, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b).[1] Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the June 5, 2019, Report and Recommendation (ECF No. 42) is approved and adopted as the Opinion of the Court, and Plaintiff's motion for summary judgment (ECF No. 32) is **DENIED**.

Dated: July 12, 2019

                /s/ Gordon J. Quist
               GORDON J. QUIST
              UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation was returned to the Clerk on July 1, 2019, marked "Paroled." No forwarding address was provided. (ECF No. 43.) Plaintiff has failed to keep the Court informed of his current address. His failure to do so provides a basis for dismissal pursuant to Fed. R. Civ. P. 41(b). *See Von Ehl v. Saginaw Cty. Jail*, No. 18-11453, 2019 WL 2016546, at *2 (E.D. Mich. Mar. 31, 2019).