UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

ROBERT DEANGELO DEXTER #329380,

    Plaintiff,                        Case No. 2:17-CV-101

v.                                        HON. GORDON J. QUIST

JAMES VILGOS,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 11, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R. & R.), recommending that the Court grant Defendant's motion to dismiss under Federal Rules of Civil Procedure 37(d) and impose costs against Plaintiff Dexter in the amount of $315.85. (ECF No. 56.) The Court has reviewed the R. & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R. & R.

**THEREFORE, IT IS HEREBY ORDERED** that the May 11, 2020, Report and Recommendation (ECF No. 56) is **approved** and **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 52) is **GRANTED** for the reasons set forth in the R. & R. Therefore, Plaintiff's claims are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that Defendant is awarded $315.85 in costs against Plaintiff.

This case is **concluded**.

A separate judgment will enter.

Dated: June 1, 2020                                             /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE